**ALPHA TRIAL GROUP, LLP**
RICHARD K. WELSH (State Bar No. 208825)
JEFFREY A. ZUIDEMA (State Bar No. 248057)
10940 Wilshire Blvd., Suite 600
Los Angeles, CA 90024
Telephone: (310) 562-4550
Email: rwelsh@atgllp.com
jzuidema@atgllp.com

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG RUN POWER PRODUCERS, LLC, a North Carolina LLC; MARICOPA RNG 1, LLC, a Delaware LLC; BUTTERFIELD RNG 1, LLC, a Delaware LLC; RED RIVER BIOREFINERY, LLC, a Delaware LLC; ULTRA CAPITAL, LLC, a Delaware LLC;<br><br>Plaintiffs,<br><br>v.<br><br>VENTURE ENGINEERING & CONSTRUCTION, INC., a Pennsylvania corporation; DAVID D. MONIOT, an individual; and Does 1-20,<br><br>Defendants. | CASE NO. 3:20-CV-09246-SK<br><br>**[PROPOSED] ORDER RE MOTION FOR REMAND**<br><br>Date: February 1, 2021<br>Time: 9:30 a.m.<br>Courtroom: C – 15th Floor<br>Judicial Officer: Hon. Sallie Kim |

# [PROPOSED] ORDER

After consideration of all the relevant factors, the Court hereby remands this case back the Superior Court of California for the County of San Francisco and orders that Defendants, or their counsel, pay Plaintiffs $2,100 in just costs and actual expenses incurred, including attorneys' fees.

**IT IS SO ORDERED.**

DATED: _____        By: _____
                                Hon. Sallie Kim
                                Magistrate Judge for United States District Court