

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

December 23, 2020

Jeffrey Alan Zuidema
Alpha Trial Group, LLP
10940 Wilshire Blvd. Suite 600
Los Angeles, CA 90024

Ross R. Nott
Laplante, Spinelli & Donald
815 S Street, Second Floor
Sacramento, CA 95814

Re:   BIG RUN POWER PRODUCERS, LLC, a North Carolina LLC, et al. v. VENTURE ENGINEERING & CONSTRUCTION, INC.

Case Number: 20-cv-09246-SK

Dear Counsel/Parties:

At filing, this matter was randomly assigned to United States Magistrate Judge Sallie Kim for all purposes including trial. A hearing has been scheduled for February 1, 2021 at 9:30 AM. Pursuant to 28 U.S.C. section 636, the magistrate judge cannot decide this motion unless all parties consent to proceed before Judge Sallie Kim.

A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case. All parties are requested to complete the attached form documenting either consent or request for reassignment and e-file it with the Court by December 30, 2020. Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. This form can be found on the Court's website at www.cand.uscourts.gov/civilforms.

Susan Y. Soong

Clerk, United States District Court

*[signature]*

Melinda K. Lock, Deputy Clerk to the
Honorable SALLIE KIM

*REV. 9-19*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG RUN POWER PRODUCERS, LLC, A NORTH CAROLINA LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VENTURE ENGINEERING & CONSTRUCTION, INC., et al., <br><br> Defendants. | Case No. 20-cv-09246-SK <br><br> **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS**: Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( )   **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily <u>consent</u> to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.  I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

OR

( )   **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I <u>decline</u> to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:                              NAME: _____

COUNSEL FOR (OR "PRO SE"):

_____

_____
Signature

*REV. 9-19*